MARK D. LONERGAN (State Bar No. 143622)
MARY KATE SULLIVAN (State Bar No. 180203)
ALISA A. GIVENTAL (State Bar No. 273551)
LASZLO LADI (State Bar No. 265564)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH VASQUEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; SYNCHRONY BANK, CITIBANK, N.A., WEBBANK, WELLS FARGO BANK, N.A., AND JPMORGAN CHASE BANK, N.A.,<br><br>    Defendants. | Case No. 2:19-cv-01759-TLN-EFB<br><br>**JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT; ORDER** |

Pursuant to United States District Court, Eastern District of California, Civil Local Rule 144(a), which requires Court approval for any extension to respond to the initial complaint beyond 28 days, plaintiff Joseph Vasquez ("Plaintiff"), through his undersigned counsel, and Wells Fargo Bank, N.A. ("Defendant"), by and through its undersigned counsel, hereby jointly move for an extension for Defendant to file its responsive pleading based on the following facts:

1. Defendant's deadline to respond to the initial complaint was October 2, 2019;

2. Plaintiff and Defendant entered into a stipulation to postpone the response deadline to October 28, 2019;

3. Plaintiff and Defendant are engaged in settlement discussions and informal fact finding and jointly move to extend the response deadline to November 25, 2019.

IT IS SO STIPULATED.

DATED: October 23, 2019     GALE, ANGELO, JOHNSON, & PRUETT, P.C.

By: */s/ Joseph Angelo*
Joesph Angelo

Attorneys for Plaintiff JOSEPH VASQUEZ

DATED: October 23, 2019     Respectfully submitted,

SEVERSON & WERSON
A Professional Corporation

By: */s/ Laszlo Ladi*
Laszlo Ladi

Attorneys for Defendants WELLS FARGO BANK, N.A.

I, Laszlo Ladi, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Joesph Angelo has concurred in this filing.

By: /s/ Laszlo Ladi

## **ORDER**

Pursuant to the joint stipulation of plaintiff Joseph Vasquez and defendant Wells Fargo Bank, N.A., and good cause appearing, the deadline for Defendant to respond to Plaintiff's complaint is hereby extended to November 25, 2019. No other deadlines shall be affected by this Order.

IT IS SO ORDERED.

DATED: October 24, 2019

Troy L. Nunley
United States District Judge