1  Katherine A. Neben (State Bar No. 263099)
   kneben@jonesday.com
2  JONES DAY
   3161 Michelson Drive, Suite 800
3  Irvine, CA  92612.4408
   Telephone:    (949) 851-3939
4  Facsimile:    (949) 553-7539

5  Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS,
6  INC.

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10                          SACRAMENTO DIVISION

11

| 12 | Joseph Vasquez, | Case No. 2:19-cv-01759-TLN-EFB |
|---|---|---|
| 13 | Plaintiff, | Assigned to:<br>Judge Troy L. Nunley |
| 14 | v. | |
| 15 | TransUnion, LLC; Experian Information Solutions, Inc.; Equifax Information Services, LLC; Synchrony Bank, Citibank, N.A., Webbank, Wells Fargo Bank, N.A., and JPMorgan Chase Bank, N.A., | **ORDER GRANTING SECOND STIPULATION TO EXTEND THE DEADLINE TO RESPOND TO THE COMPLAINT** |
| 16 | | |
| 17 | | Complaint Filed:  September 6, 2019 |
| 18 | Defendants. | |

19

20   Pursuant to the joint stipulation between Plaintiff Joseph Vasquez and Defendant Experian

21   Information Solutions, Inc. ("Experian") the deadline for Experian to answer, object, or otherwise

22   respond to Plaintiff's Complaint shall be extended 14 days from October 23, 2019, to

23   November 6, 2019.

24       **IT IS SO ORDERED**.

25

26   Dated: October 24, 2019

27                                               _____
                                                  Troy L. Nunley
                                                  United States District Judge
28

ORDER
Case No. 2:19-cv-01759-TLN-EFB