1  MARK D. LONERGAN (State Bar No. 143622)
   MARY KATE SULLIVAN (State Bar No. 180203)
2  ALISA A. GIVENTAL (State Bar No. 273551)
   LASZLO LADI (State Bar No. 265564)
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
7  Attorneys for Defendants
   WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH VASQUEZ, | Case No. 2:19-cv-01759-TLN-EFB |
| Plaintiff, | **JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT; ORDER** |
| vs. | |
| TRANS UNION, LLC.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; SYNCHRONY BANK, CITIBANK, N.A., WEBBANK, WELLS FARGO BANK, N.A., AND JPMORGAN CHASE BANK, N.A., | |
| Defendants. | |

Pursuant to United States District Court, Eastern District of California, Civil Local Rule 144(a), which requires Court approval for any extension to respond to the initial complaint beyond 28 days, plaintiff Joseph Vasquez ("Plaintiff"), through his undersigned counsel, and Wells Fargo Bank, N.A. ("Defendant"), by and through its undersigned counsel, hereby jointly move for an extension for Defendant to file its responsive pleading based on the following facts:

     1.     Defendant's deadline to respond to the initial complaint was October 2, 2019;

     2.     Plaintiff and Defendant entered into a stipulation to postpone the response deadline to October 28, 2019 and then to November 25, 2019;

     3.     Defendant and Plaintiff are engaged in settlement discussions and agree that an

additional 14-day postponement of Defendant's response deadline will increase the chances of the parties reaching a resolution without the need for further litigation.

4. Therefore, Plaintiff and Defendant jointly agree that the time for Defendant to respond to the complaint shall be extended to and including December 9, 2019

IT IS SO STIPULATED.

DATED: November 22, 2019         GALE, ANGELO, JOHNSON, & PRUETT, P.C.

                                 By:      */s/ Joseph Angelo*
                                          Joesph Angelo

                                 Attorneys for Plaintiff JOSEPH VASQUEZ

DATED: November 22, 2019         SEVERSON & WERSON
                                 A Professional Corporation

                                 By:      */s/ Laszlo Ladi*
                                          Laszlo Ladi

                                 Attorneys for Defendants WELLS FARGO BANK, N.A.

I, Laszlo Ladi, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Joesph Angelo has concurred in this filing.
                                                      By: */s/ Laszlo Ladi*

## **ORDER**

Pursuant to the joint stipulation of plaintiff Joseph Vasquez and defendant Wells Fargo Bank, N.A., and good cause appearing, the deadline for Defendant to respond to Plaintiff's complaint is hereby extended to December 9, 2019. No other deadlines shall be affected by this Order.

IT IS SO ORDERED.

DATED: November 25, 2019                        Troy L. Nunley
                                                United States District Judge